JOSEPH BOROCK, Appellant, v. HYMAN GOLDBERG et al., Respondents.— Action to recover damages for personal injuries claimed to have been suffered by plaintiff while a passenger in an automobile owned by defendant Frieda Weinberg and operated by defendant Philip Weinberg, which collided with a car owned by defendant Hyman Goldberg and operated by defendant Lou Goldberg. Judgment for defendants unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOSEPH E. CHRISTENSEN, as Administrator of the Estate of CATHERINE C. THURSTON, Deceased, Respondent, v. EUGENE B. THURSTON, Appellant.— In an action commenced originally to recover damages for personal injuries, defendant appeals from an order permitting the administrator of the original plaintiff to serve a supplemental complaint adding a cause of action for wrongful death. Order affirmed, without costs. (Zinman v. Newman, N. Y. L. J., Nov. 23, 1942, p. 1579, col. 1, affd. 265 App. Div. 998; Rozewski v. Rozewski, 181 Misc. 793.) Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. [See post, p. 914.]

DOMINICK CIULLA, Appellant, v. OIVIND LORENTZEN, as Director of Shipping and Curator of the Royal Norwegian Government, Doing Business under the Name of NORWEGIAN SHIPPING AND TRADE MISSION, Respondent.— In an action to recover damages for personal injuries, tried before the court without a jury, judgment in favor of defendant, dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

EVELYN COTENNA, Respondent, v. ADOLPH COTENNA, Appellant.— Order granting application of plaintiff for modification of a final judgment of divorce to the extent of requiring defendant to pay the cost of dental work performed on a child of the marriage, in addition to the payments which he is now making, and denying cross motion of defendant to refer the matter to take proof of his financial ability, and for leave to apply for an order modifying the final judgment so as to decrease the amount heretofore allowed for support of the child, affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

ELEANOR DE SANTIS, as Administratrix of the Estate of LOUIS DE SANTIS, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants.— In an action to recover damages for wrongful death and for the pain and suffering of plaintiff's intestate between the date of the accident and his death, the jury returned a verdict for plaintiff, for $76,025. Judgment, including interest from the date of death, was entered for $84,847.66, and subsequently an order was entered amending the judgment so as to eliminate certain interest. The accident happened when an automobile operated by plaintiff's intestate collided with a trolley car owned by defendant the City of New York and operated by defendant Mikrut. Defendants appeal. Judgment, and order amending judgment, reversed on the facts and a new trial granted, with costs to appellants to abide the event. The verdict was against the weight of the credible evidence. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

NATHAN EISNER, Respondent, v. GEORGE F. STUHMER & COMPANY, Appellant, et al., Defendants.— Action to recover damages for personal injuries and property damage. Order granting plaintiff's motion to examine defendant George F. Stuhmer & Company before trial, striking out an item in defendant's demand for a bill of particulars, and substituting in place thereof another provision, insofar as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.